UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK GJERDE, | No. 2:15-mc-103-KJM-EFB PS |
| Plaintiff/Appellant, | BAP No. EC-15-1193 |
| v. | Bk. No. 15-11520 |
| ROBERT A. HAWKINS, CHAPTER 7, TRUSTEE, | ORDER |
| Defendant/Appellee. | |

On October 26, 2015, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on November 5, 2015.

This court reviews *de novo* those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

1

1     The court has reviewed the applicable legal standards and, good cause appearing,
2 concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly,
3 IT IS ORDERED that:
4     1.  The Findings and Recommendations filed October 26, 2015, are ADOPTED;
5     2.  Gjerde's application to proceed in forma pauperis is denied; and
6     3.  The Clerk is directed to serve a copy of this order on the U.S. Bankruptcy Appellate
7 Panel of the Ninth Circuit.
8 DATED:  November 13, 2015.

                              UNITED STATES DISTRICT JUDGE